No. 309. FRANK DURAND ET AL, v. FIRST STATE BANK OF PHILIPSBURG. Error to the Supreme Court of the

———

No. 364. NORTH PACIFIC STEAMSHIP COMPANY *v.* WILLIAM T. SOLEY. Error to the Supreme Court of the State of California. Submitted March 2, 1925. Decided March 9, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. Ernest Clewe* for plaintiff in error. *Mr. Henry Heidelberg* and *Mr. Warren H. Pillsbury* for defendant in error.